NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHERYL L. PAXTON,

      Appellant,

v.                          Case No.   2D18-3071

CONRAD A. MURPHY,

      Appellee.

Opinion filed March 29, 2019.

Appeal from the Circuit Court for
Manatee County; Diana L. Moreland,
Judge.

E. Blake Melhuish of E. Blake Melhuish,
P.A., Bradenton, for Appellant.

Conrad A. Murphy, pro se.


PER CURIAM.


      Affirmed.


CASANUEVA, and MORRIS and BLACK, JJ., Concur.